UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c))**
Thomas M. North, Esquire (TN5204)
53 Newton Avenue
Woodbury, NJ 08096
(856) 384-8799/fax 384-6638
Attorney for Daniel Grumbine and Graham Bottrell, Jr.

IN RE

    NICHOLAS L. AZEGLIO JR.

                  Debtor.

DANIEL K. GRUMBINE and GRAHAM P. BOTTRELL, JR.

                  Plaintiffs,

    vs.

NICHOLAS L. AZEGLIO JR.,

                  Defendant.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO. 09-16476 (JHW)

CHAPTER 7

Honorable Judith H. Wizmur

Adversary Proceeding No.: 09-1914

Hearing Date: 9/14/09, 10:00 a.m.
ORAL ARGUMENT REQUESTED

**ORDER GRANTING SUMMARY JUDGMENT,
AND HOLDING DEBT NON-DISCHARGEABLE FOR FRAUD
UNDER 11 U.S.C. § 523(a)(2)(A)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

In re: Nicholas L. Azeglio, Jr.
Case #09-16476 (JHW)
Order Granting Summary Judgment

1.  **The Plaintiffs** motion for Summary Judgment for an Order of Non-Dischargeability of the debt owed by the Debtor to the Plaintiffs, is hereby **GRANTED** based upon the Debtor's fraud with respect to the Plaintiffs, pursuant to *11 U.S.C. 523(a)(2)(A)*; and

2.  Pursuant to *11 U.S.C. 523(a)(2)(A)*, any discharge issued to the Debtor in this case, or any other or future Bankruptcy cases filed by Debtor, shall **NOT** discharge the debt owed by Debtor Nicholas L. Azeglio Jr. to the Plaintiffs Daniel K. Grumbine and Graham P. Bottrell Jr. as set forth in Plaintiffs' claim in the amount of $814,136.29 as set forth in, and related to, the Final Judgment issued in the Superior Court of New Jersey, Gloucester County, Law Division, under Docket No. GLO-L-1212-05, entitled *Daniel K. Grumbine and Graham P. Bottrell, Jr., Plaintiffs v. H. Donald Stewart, Jr., et al.*,